# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 14, 2010

No. 09-41012
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GONZALO GARCIA, JR.,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
No. 5:09-CR-1174-1

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Gonzalo Garcia, Jr., has moved for

leave to withdraw in accordance with *Anders v. California*, 386 U.S. 738 (1967).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Garcia has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Counsel's separate motion for leave to withdraw because of his possible appointment as a United States Magistrate Judge is DENIED as unnecessary.